UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VINCENT DE LONG, | ) |
| | ) Case No. 2:17-cv-04594 (VEB) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) AWARDING EAJA FEES |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorneys' fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND TWO HUNDRED DOLLARS ($6,200.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 16, 2018      /s/Victor E. Bianchini
　　　　　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE